AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Deborah Alexander | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-02224 |
| Tajh Sutton | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tajh Sutton.

Date:   04/30/2024

Jonathan Wallace
*Attorney's signature*

Jonathan Wallace JW6365
*Printed name and bar number*
PO 728, Amagansett NY 11930

*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*