UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
DEBORAH ALEXANDER, et al.,                    :
                                              :   No.: 1:24-cv-2224-DG-JRC
              Plaintiffs,                     :
                                              :
          v.                                  :
                                              :
TAJH SUTTON, et al.,                          :
                                              :
              Defendants.                     :
------------------------------------------------------------X
```

NOTICE RE: FILING OF ADMINISTRATIVE APPEAL AND PETITION FOR STAY

As the docket entry from the June 26, 2024, status conference reflects, "[t]he Court encouraged plaintiff Maron to seek a stay in the first instance through the process outlined in the DOE's letter dated June 20, 2024 [49]."

Accordingly, please take notice, as reflected in the attached declaration of Maud Maron and Exhibit K, that Maron has today submitted that application for a stay, and its attendant administrative appeal.

Maron is constrained to note that the Panel for Education Policy (PEP) which would review this appeal and application has already passed a resolution calling for Defendant Banks to remove her from office. *See* Maron Decl., ¶¶ 3-6; Exhibit L; *cf. McCarthy v. Madigan*, 503 U.S. 140, 148 (1992) ("an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it"); *Gibson v. Berryhill*, 411 U.S. 564, 575 n.14 (1972); *Jenkins v. Holder,* No. 11-cv-0268-NGG-CLP, 2014 U.S. Dist. LEXIS 42520 at *26 (E.D.N.Y. Mar. 26, 2014).

Dated: June 27, 2024

Respectfully submitted,

/s/*Dennis J. Saffran*
Dennis J. Saffran
New York Bar No. 1724376
LAW OFFICE OF DENNIS J. SAFFRAN
38-18 West Dr.
Douglaston, NY 11363
Tel: (718) 428-7156
djsaffran@gmail.com

/s/ *Alan Gura*
Alan Gura*
D.C. Bar No. 453,449
Nathan J. Ristuccia*†
Virginia Bar No. 98372
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-3300
Fax: (202) 301-3399
agura@ifs.org
nristuccia@ifs.org

*Pro hac vice*

† Not a D.C. bar member. Practice
in D.C. authorized by D.C. Ct. App.
R. 49(c)(3).

*Counsel for Plaintiffs*