# EXHIBIT L

# RESOLUTION TO AFFIRM AND PROTECT TRANSGENDER STUDENTS
# IN NEW YORK CITY PUBLIC SCHOOLS

PANEL FOR EDUCATIONAL POLICY (PEP)

**Sponsors**
Jessamyn Lee, CEC PEP Brooklyn Appointee
Kaliris Y. Salas-Ramirez, Manhattan Borough President Appointee
Thomas Sheppard, CEC PEP Bronx Appointee

**Resolution**
WHEREAS, the marginalization and othering of any student in the New York City Public School ("NYCPS") system is unacceptable;

WHEREAS, harassment of or targeted attacks against transgender students by citywide and community education council members violates Chancellor's Regulation D-210;

WHEREAS, bigotry and hatred have no place in our public school system;

WHEREAS, all students deserve full respect, dignity and protection under the law;

WHEREAS, the Panel wholeheartedly recognizes and embraces the full humanity of transgender students and accordingly denounces any parent leaders who fail to honor the basic humanity of transgender students;

WHEREAS, NYCPS parent leaders have an obligation to represent and support all members of their constituencies;

WHEREAS the NYCPS has a legal and moral obligation to protect the rights of all students to an educational experience free from hate and discrimination;

WHEREAS, Chancellor David Banks has denounced hateful rhetoric by parent leaders towards any group of students and has stated that Community Education Council for Community School District 2's Resolution 248 is not in line with NYCPS values and is in direct opposition to NYCPS official policy;

THEREFORE, BE IT RESOLVED that Chancellor David Banks and NYCPS' Office of Family and Community Engagement (FACE) are urged to expeditiously and decisively take any and all corrective action within their authority to remove citywide and community education council members who promote hatred and intolerance.

BE IT FURTHER RESOLVED that the Panel vows to work with NYCPS to continue providing inclusive, compassionate, and safe environments conducive to holistic development.

BE IT FURTHER RESOLVED that this Panel affirms the NYCPS' commitment to Respect for All and systemic anti-discrimination and anti-harassment policies and practices.

BE IT FURTHER RESOLVED that the Panel affirms its commitment to protect all students—including those who are transgender—and denounces any and all efforts by parent leaders to introduce discriminatory policies within the parent leadership space.

BE IT FURTHER RESOLVED that this Panel condemns any and all efforts to use parent leadership roles and spaces as forums to perpetuate hate, bigotry and intolerance.

BE IT FURTHER RESOLVED that this Panel affirms and supports the current NYCPS [Guidelines to Support Transgender and Gender Expansive Students][1] as well as the New York State Education Department "[Creating a Safe, Supportive, and Affirming School Environment for Transgender and Gender Expansive Students: 2023 Legal Update and Best Practices][2]" and encourages the creation of an awareness raising campaign, family education, and mandatory high-quality training and resources for educators, school counselors, and administrators in order to more fully implement these guidelines.

BE IT FURTHER RESOLVED that the Panel strongly urges Community Education Council for Community School District 2 to immediately rescind Resolution 248.

---

[1] https://www.schools.nyc.gov/school-life/school-environment/guidelines-on-gender/guidelines-to-support-transgender-and-gender-expansive-students

[2] https://www.nysed.gov/sites/default/files/programs/student-support-services/creating-a-safe-supportive-and-affirming-school-environment-for-transgender-and-gender-expansive-students.pdf