# EXHIBIT M

**From:** **Doll, Jordan (Law)** jdoll@law.nyc.gov
**Subject:** FW: [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition
**Date:** June 28, 2024 at 4:21 PM
**To:** Alan Gura agura@ifs.org
**Cc:** Nathan Ristuccia nristuccia@ifs.org, Dennis Saffran djsaffran@gmail.com, jonathan.wallace80@gmail.com

I believe that is correct, but please contact the PEP directly if you have further questions.

**From:** Alan Gura <agura@ifs.org>
**Sent:** Friday, June 28, 2024 1:18 PM
**To:** Doll, Jordan (Law) <jdoll@law.nyc.gov>
**Cc:** Nathan Ristuccia <nristuccia@ifs.org>; Dennis Saffran <djsaffranlaw@gmail.com>; Jonathan Wallace <jonathan.wallace80@gmail.com>
**Subject:** Re: [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition

Thanks.
And just to be very clear, when you say "appeal" that also includes its included petition for stay?

On Jun 28, 2024, at 12:14 PM, Doll, Jordan (Law) <jdoll@law.nyc.gov> wrote:

Alan,

The appeal has been received.

Jordan

**From:** Alan Gura <agura@ifs.org>
**Sent:** Friday, June 28, 2024 8:40 AM
**To:** Doll, Jordan (Law) <jdoll@law.nyc.gov>
**Cc:** Nathan Ristuccia <nristuccia@ifs.org>; Dennis Saffran <djsaffranlaw@gmail.com>; Jonathan Wallace <jonathan.wallace80@gmail.com>
**Subject:** [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Dear Jordan,

As you know, yesterday afternoon Maud Maron has submitted her administrative appeal and petition for stay with the PEP via its Chair, Greg Faulkner, with a copy to NYCPS General Counsel Liz Vladeck.

We couldn't identify a set of rules or formal procedures that govern this process, so I ask that you please acknowledge, or have your clients acknowledge, that the appeal and petition are submitted.
If you believe that my client needs to do anything else to start this process, please let us know immediately.

let us know immediately.

Thanks,
Alan