# EXHIBIT O

**From:** Doll, Jordan (Law) jdoll@law.nyc.gov
**Subject:** RE: [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition
**Date:** July 11, 2024 at 12:53 PM
**To:** Alan Gura agura@ifs.org
**Cc:** Nathan Ristuccia nristuccia@ifs.org, Dennis Saffran djsaffranlaw@gmail.com, Jonathan Wallace jonathan.wallace80@gmail.com



Alan,

The Law Department does not represent the Chancellor in connection with your client's appeal to the PEP, and I am not involved in that appeal. I acknowledged receipt as a professional courtesy. I said nothing about its procedural sufficiency. I cannot advise you on that.

Jordan

**From:** Alan Gura <agura@ifs.org>
**Sent:** Thursday, July 11, 2024 9:47 AM
**To:** Doll, Jordan (Law) <jdoll@law.nyc.gov>
**Cc:** Nathan Ristuccia <nristuccia@ifs.org>; Dennis Saffran <djsaffranlaw@gmail.com>; Jonathan Wallace <jonathan.wallace80@gmail.com>
**Subject:** Re: [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition

Jordan —

We have yet to receive a response to this, and your client has yet to correct its posture before the PEP.

This is a very serious matter.
You made a specific representation to me upon which my client relied, and now your client has changed its position.

It's been three days since I asked about this.
Please respond today— before you begin your vacation.
If this is not resolved, we will of course have to inform the Court of this change in your client's position.

Alan

> On Jul 8, 2024, at 7:30 PM, Alan Gura <agura@ifs.org> wrote:
>
> Hi Jordan,
>
> Are you aware that your client, via Liz Vladeck, is disputing that Maud Maron properly filed her appeal?
>
> In response to my specific question about this, your client, through you, stated that the appeal was received.
>
> While I do not represent Maud Maron in her administrative appeal, I would respectfully suggest that especially in light of your email to me below, your client immediately withdraw the contrary position.

Thanks,
Alan

> On Jun 28, 2024, at 12:14 PM, Doll, Jordan (Law) <jdoll@law.nyc.gov> wrote:
>
> Alan,
>
> The appeal has been received.
>
> Jordan
>
> ---
>
> **From:** Alan Gura <agura@ifs.org>
> **Sent:** Friday, June 28, 2024 8:40 AM
> **To:** Doll, Jordan (Law) <jdoll@law.nyc.gov>
> **Cc:** Nathan Ristuccia <nristuccia@ifs.org>; Dennis Saffran <djsaffranlaw@gmail.com>; Jonathan Wallace <jonathan.wallace80@gmail.com>
> **Subject:** [EXTERNAL] Alexander v. Sutton -- Maron appeal and stay petition
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).
>
> Dear Jordan,
>
> As you know, yesterday afternoon Maud Maron has submitted her administrative appeal and petition for stay with the PEP via its Chair, Greg Faulkner, with a copy to NYCPS General Counsel Liz Vladeck.
>
> We couldn't identify a set of rules or formal procedures that govern this process, so I ask that you please acknowledge, or have your clients acknowledge, that the appeal and petition are submitted. If you believe that my client needs to do anything else to start this process, please let us know immediately.
>
> Thanks,
> Alan