# EXHIBIT Q

---------------------------------------------------------x

In the Matter of the Appeal of from an
order dated June 14, 2024, issued by     ORDER
Chancellor David C. Banks Removing
Maud Maron

---------------------------------------------------------x

This is an acknowledgement of receipt of Maud Maron's appeal to the Chancellor's removal order from Community Education Council (CEC) for District 2 on June 14, 2024 regarding Case# D210-2024 -009. We would like to address two of appellant's requests at this time.

First, the item being addressed is your request for a Stay, pending the outcome or a final determination from the Panel for Educational Policy (PEP). After discussing the nature of case D210-2024-009 and the reasons for removal, the PEP Appeal Panel for this case has denied your request for the stay.

The second item we would like to address at this time is your request for an expeditious resolution to your appeal which was made on June 27, 2024 to the PEP Chair Greg Faulkner. The PEP Appeal Panel for case# D210-2024-009 wants to do its due diligence and ensure a fair and impartial judgement. In rendering our decision, we need to refer, review, and analyze the state laws and the Chancellor's Regulations, particularly D210. We need to answer questions regarding the governing rules and regulations such as:

- were applicable rules and regulations upheld and followed,
- were applicable rules and regulations violated,
- was the removal outside the scope of the roles and responsibilities of the Respondent,
- were the rights of the Appellant violated, or
- did Appellant violate her fiduciary responsibilities and the rules and regulations cited for removal?

In summary, this takes time. We are not granting your request for an expedited appeal process. We will proceed accordingly and respond within the timeline allotted by the Commissioners Regulations for Case# D210-2024-009. We acknowledged your reasoning for a Stay and for an expeditious process because CEC 2 is scheduled for July 10, 2024, and this is the time of the year for the second term elections. Since the mission and vision of NYC Public Schools is to serve our scholars, we deemed being thorough is the best course to move forward.

Accordingly, pursuant to 8 NYCRR section 113.7 and 113.20, it is hereby ORDERED that Appellant's request for a stay and expedited appeal is denied.

July 11, 2024

Shirley Aubin
Anita Garcia
Angela Green