# EXHIBIT R

| From: | Doll, Jordan (Law) jdoll@law.nyc.gov |
|---|---|
| Subject: | Alexander v. Sutton - This Month |
| Date: | July 11, 2024 at 9:03 AM |
| To: | Nathan Ristuccia nristuccia@ifs.org, jonathan.wallace80@gmail.com, Alan Gura agura@ifs.org |



Alan, Nathan, and Jonathan,

I will be on vacation from 7/12 until 7/25. Please send any pre-conference settlement demand during this, and I will send to my client. I will also be available for the 7/26 status letter.

My clients and I are not available for the 8/15 scheduled settlement conference. We are gathering times when we can all attend. Please let me know your and your clients' availability the week of 8/19 and 8/26.

Best,

**Jordan Doll**
*Assistant Corporation Counsel*
General Litigation Division
New York City Law Department
100 Church Street
Office 2-302b
New York, New York 10007
Office: (212) 356-2624
Mobile: (216) 308-3038
Jdoll@law.nyc.gov