UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DEBORAH ALEXANDER, et al.,  :
: No.: 1:24-cv-2224-DG-JRC
      Plaintiffs,  :
:
      v.  :
:
TAJH SUTTON, et al.,  :
:
      Defendants.  :
------------------------------------------------------------------X

STATUS REPORT AND NOTICE RE: PRELIMINARY INJUNCTION

On August 19, 2024, Defendant DOE's Panel for Educational Policy (PEP) affirmed Defendant Banks's order removing Plaintiff Maron from elective office. *See* Exh. S. Maron will not pursue any further administrative or state judicial remedies.

| | |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted, |
| /s/ *Dennis J. Saffran* | /s/ *Alan Gura* |
| Dennis J. Saffran | Alan Gura* |
| New York Bar No. 1724376 | D.C. Bar No. 453,449 |
| LAW OFFICE OF DENNIS J. SAFFRAN | Nathan J. Ristuccia*† |
| 38-18 West Dr. | Virginia Bar No. 98372 |
| Douglaston, NY 11363 | INSTITUTE FOR FREE SPEECH |
| Tel: (718) 428-7156 | 1150 Connecticut Ave., NW |
| djsaffran@gmail.com | Suite 801 |
| | Washington, D.C. 20036 |
| | Tel: (202) 301-3300 |
| | agura@ifs.org |
| | nristuccia@ifs.org |

*Pro hac vice
† Not a D.C. bar member. Practice in D.C. authorized by D.C. Ct. App. R. 49(c)(3).

*Counsel for Plaintiffs*