

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**L<small>AW</small> D<small>EPARTMENT</small>**<br>100 C<small>HURCH</small> S<small>TREET</small><br>N<small>EW</small> Y<small>ORK</small>, NY 10007 | **JORDAN DOLL**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2624<br>Email: jdoll@law.nyc.gov |

February 28, 2025

Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Alexander et al. v. Sutton et al.* 24-cv-2224 (DG)(JRC)

Dear Judge Cho:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York. I represent the New York City Department of Education ("DOE"), DOE Chancellor David C. Banks, DOE Equity Compliance Officer Nina Mickens (collectively, "DOE Defendants"), and the Community Education Council ("CEC") for Community School District 14 ("CEC 14") and Tajh Sutton and Marissa Manzanares in their official capacities only (collectively "CEC 14 Defendants") in the above-referenced matter. I write in response to Jonathan Wallace's motion to withdraw as counsel for Tajh Sutton and Marissa Manzanares in their individual capacities, ECF No. 73, and his request for a one-day adjournment of the conference concerning this motion, ECF No. 75.

This office does not oppose Mr. Wallace's motion. To be clear, however, this position concerns only his representation of Defendants Tajh Sutton and Marissa Manzanares in their individual capacities. As this office has previously noted, the Corporation Counsel is the statutory counsel for all CECs and their members and, therefore, continues to represent these individuals in their official capacities. *See e.g.*, ECF No. 62.

This office also takes no position on Mr. Wallace's request for Ms. Sutton and Ms. Manzanares to have sixty (60) days to retain replacement counsel, or with respect to his request for a one-day adjournment of the upcoming conference.

Thank you for your consideration of the foregoing.

                                              Respectfully,

                                              /s/ *Jordan Doll*
                                              Jordan Doll
                                              *Assistant Corporation Counsel*