

March 3, 2025

The Hon. James R. Cho
U.S. Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    *Via ECF*

    Re:    *Alexander v. Sutton*, No. 1:24-cv-2224-DG-JRC

Dear Judge Cho:

    Plaintiffs submit the following response to the letter filed by Mr. Jonathan Wallace (presently, counsel for the individual-capacity Defendants Sutton and Manzanares), requesting that Defendant Manzanares participate remotely, rather than in-person, in the hearing scheduled for Thursday, March 6. *See* Dkt. 79. Plaintiffs have no objection to Defendant Manzanares' participating remotely.

                                        Sincerely

                                        /s/ Nathan J. Ristuccia
                                        Nathan J. Ristuccia
                                        *Counsel for Plaintiffs*