

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JORDAN DOLL**
*Assistant Corporation Counsel*
Phone: (212) 356-2624
Email: jdoll@law.nyc.gov

April 30, 2025

Hon. James R. Cho
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Alexander et al. v. Sutton et al.*
               24-cv-02224 (DG)(JRC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for the City Defendants in the above-referenced matter. I write on behalf of the City Defendants and the Plaintiffs (the "parties") pursuant to Your Honor's instructions during the April 29, 2025 telephonic conference in this matter. Attached for the Court's endorsement is a 502(d) Order and Confidentiality Agreement.

The parties thank the Court for its continued attention to this matter.

                                                 Respectfully,

                                                 /s/ *Jordan Doll*
                                                 Jordan Doll
                                                 212-356-2624
                                                 jdoll@law.nyc.gov
                                                 *Assistant Corporation Counsel*

<u>VIA ECF</u>
All Counsel of Record

<u>VIA First-Class Mail</u>
Individual Defendants