UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
DEBORAH ALEXANDER, et al., :
: No.: 1:24-cv-2224-DG-JRC
Plaintiffs, :
:
v. :
:
TAJH SUTTON, et al., :
:
Defendants. :
------------------------------------------------------------------------X

### STIPULATION OF DISMISSAL OF DEFENDANTS TAJH SUTTON AND MARISSA MANZANARES ONLY

Pursuant to the Settlement Agreement reached between the Plaintiffs and Defendants Tajh Sutton and Marissa Manzanares, all parties hereby stipulate to the dismissal of Defendants Tajh Sutton and Marissa Manzanares only from this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. Plaintiffs and Defendants Sutton and Manzanares will bear their own costs and fees with respect to each other. All existing claims against all other Defendants remain unchanged.

Dated: June 17, 2025                                             Respectfully submitted,

*/s/ Dennis J. Saffran*                                          /s/ *Alan Gura*
Dennis J. Saffran                                                Alan Gura*
New York Bar No. 1724376                                         D.C. Bar No. 453,449
LAW OFFICE OF DENNIS J. SAFFRAN                                  Nathan J. Ristuccia*†
38-18 West Dr.                                                   Virginia Bar No. 98372
Douglaston, NY 11363                                             INSTITUTE FOR FREE SPEECH
Tel: (718) 428-7156                                              1150 Connecticut Ave., NW
djsaffran@gmail.com                                              Suite 801
                                                                 Washington, D.C. 20036
                                                                 Tel: (202) 301-3300

agura@ifs.org
nristuccia@ifs.org

*Pro hac vice*

† Not a D.C. bar member. Practice in D.C. authorized by D.C. Ct. App. R. 49(c)(3).

*Counsel for Plaintiffs*


/s/ *Jordan Doll*
Jordan Doll
Assistant Corporation Counsel
Muriel Goode-Trufant
Corporation Council
100 Church Street
New York, NY 10007
(212) 356-2624
jdoll@law.nyc.gov

*Counsel for DOE Defendants*



/s/ *Tajh Sutton*
Tajh Sutton
*Pro Se Defendant*


/s/ *Marissa Manzanares*
Marissa Manzanares
*Pro Se Defendant*